# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAULA A. TREVINO, <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. 1:19-cv-00158 |
| THE BANK OF NEW YORK MELLON, *et al.*, <br> Defendants. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 8) in the above-captioned case. The R&R recommended the Court: (1) grant Defendant Bank of New York Mellon's ("Defendant") "Defendant Rule 12(c) Motion for Judgment on the Pleadings – Collateral Estoppel" ("Defendant's Motion") (Docket No. 6); (2) the action be dismissed with prejudice, and (3) the Clerk of the Court be directed to close this case.

Objections were due February 17, 2020. No objections were filed by either party. A "clearly erroneous, abuse of discretion and contrary to law" standard of review is appropriate when there has been no objection to the magistrate's ruling. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Accordingly, Defendant's Motion (Docket No. 6) is **GRANTED** and the instant action is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is ordered to close the case.

Signed on this 19th day of February, 2020.

Rolando Olvera
United States District Judge